UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

BILJANA WARNER )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:17-CV-17-FL
CONTRACT CLAIMS SERVICES, INC. )
And THE UNITED STATES OF )
AMERICA )
        Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 3, 2017, and for the reasons set forth more specifically therein, that defendant's motions to dismiss are GRANTED and Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on November 3, 2017, and Copies To:**
Andrew J. Hanley, Frederick T. Smith, Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)


November 3, 2017                  PETER A. MOORE, JR., CLERK
                                                /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk